COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Demetrick James v. The State of Texas

Appellate case number:    01-17-00300-CR

Trial court case number:   1510754

Trial court:               262nd District Court of Harris County

On September 15, 2019, Natalie Schultz, filed a motion to withdraw as attorney of record for appellant, Demetrick James. In her motion, Ms. Schultz noted that this "Court affirmed the conviction of the [a]pellant and the appeal process is complete."

After our plenary power expires, this Court has no jurisdiction to take any action on a case unless expressly authorized by the Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 19.3(a)-(d). We issued our judgment in this appeal on September 20, 2018 and appellant did not file a motion for rehearing, motion for en banc reconsideration, or motion to extend time to file such motion. Accordingly, our plenary power expired on November 19, 2018, and none of the permitted post-plenary power bases set forth in rule 19.3 apply to appellants' motion. *See* TEX. R. APP. P. 19.1(a), 19.3.

Absent plenary power, Ms. Schultz's motion to withdraw as attorney of record must be **dismissed for lack of jurisdiction**.

It is so ORDERED.

Judge's signature: ___/a/ Amparo Guerra_____
             ☑ Acting individually    ☐ Acting for the Court

Date: __March 9, 2021____